UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BELLA MARIE PECHON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-0664** |
| **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ET AL.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Before the Court is the **Defendants' Motion For Attorney Fees (R. Doc. 25)**, filed by the Defendants, the State of Louisiana, through the Louisiana Department of Health and Hospitals, and Alan Levine ("Levine"), Secretary of the Louisiana Department of Health and Hospitals (collectively, "the Defendants"), wherein the Defendants seek an Order from this Court for an award of reasonable attorney's fees in the amount of $12,205.50 as prevailing parties. The motion was submitted pursuant to this Court's Order and Reasons (R. Doc. 24), which: (1) granted the Defendants' Motion To Dismiss For Lack of Subject Matter Jurisdiction, Failure To State a Claim for which Relief Can Be Granted, and Failure To Exhaust Administrative Remedies (R. Doc. 9); and (2) ordered the Defendants file a motion to fix attorney's fees into the record.

The Plaintiff, Bella Marie Pechon ("Pechon") filed a Motion for New Trial, Relief from Judgment, and to Set Aside Orders of Magistrate Judge (R. Doc. 28), which the undersigned denied by Order and Reasons (R. Doc. 29) dated July 14, 2009. In the Order, the Court clarified that the Defendants' request for attorney's fees pursuant to 42 U.S.C. § 1988 was granted on a limited basis and that reasonable attorney's fees were awarded to Secretary Levine as a prevailing party <u>in his</u>

individual capacity only.  In light of the foregoing limitation on the award of fees, the Court finds that the present request for fees exceeds the scope of what was ordered.  Therefore, the Court denies the current motion to fix fees and instructs Defendant, Secretary Levine, to submit a new motion to fix fees in accordance with the opinion set forth in the July 14th Order and Reasons (R. Doc. 29).

Accordingly,

**IT IS ORDERED** that the **Motion For Attorney Fees (R. Doc. 25)** filed by the Defendants, the State of Louisiana, through the Louisiana Department of Health and Hospitals, and Alan Levine, Secretary of the Louisiana Department of Health and Hospitals is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Secretary Levine shall submit a new motion to fix fees in accordance with this Court's **Order and Reasons (R. Doc. 29).**

**IT IS FURTHER ORDERED** that Secretary Levine shall file the motion to fix attorney's fees into the record by **Wednesday, August 5, 2009**, along with: (1) an affidavit attesting to its attorney's education, background, skills, and experience; (2) sufficient evidence of rates charged in similar cases by other local attorneys with similar experience, skill, and reputation and; (3) the documentation required by Local Rule 54.2.  Any opposition to the fee application shall be filed no later than **Wednesday, August 12, 2009.**  Secretary Levine shall notice the motion to fix attorney's fees for hearing on **Wednesday, August 19, 2009,** and the motion shall be heard on that date **without oral argument**.

New Orleans, Louisiana, this 24th day of July 2009

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**